**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7954**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD LEE EVANS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-98-284-PJM, CA-00-2379-PJM)

———————

Submitted:  February 21, 2002        Decided:  March 12, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Lee Evans, Appellant Pro Se.  Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Lee Evans seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Evans, Nos. CR-98-284-PJM; CA-00-2379-PJM (D. Md., filed Oct. 31, 2001; entered Nov. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED